The People of the State of Illinois, Plaintiff-Appellee, *v.* Tommie L. Calvin, Defendant-Appellant.

(No. 73-266;

Fifth District—July 23, 1974.

Opinion by Mr. JUSTICE EBERSPACHER.

Robert E. Farrell and Richard Thomas, both of the State Appellate Defender's Office, of Mt. Vernon, for appellant.

Howard Hood, State's Attorney, of Murphysboro (Ralph J. Mendelsohn, of Illinois Model State's Attorneys Support Unit, of counsel, and Darrell L. Conley), for the People.